IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA REYES,

        Plaintiff,                              No. CIV S-11-3307 MCE CKD PS

        vs.

WEST SACRAMENTO POLICE DEPARTMENT,

        Defendants.                    FINDINGS & RECOMMENDATIONS

/

        By order filed February 22, 2012, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
reyes.fta